**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Juan Carlos VILLASENOR–VASQUEZ,**
**Defendant-Appellant.**

**United States of America,**
**Plaintiff-Appellee**

v.

**Juan Carlos Villasenor–Vasquez, also**
**known as Miguel Villasenor–Vas-**
**quez, Defendant-Appellant.**

**Nos. 15–50273, 15–50280**
**Conference Calendar.**

. United States Court of Appeals,
Fifth Circuit.

Feb. 17, 2016.

Sandra Payne Hagood, Special Assistant · U.S., Stacey H. Sullivan, Peter Ko, Assis-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**150**

tant U.S., Office of the U.S. Attorney, San Diego, CA, For Defendant–Appellant.

Kurt David Hermansen, Esquire, Law OFC of Kurt David Hermansen, San Diego, CA, for Plaintiff–Appellee.

Before DAVIS, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Juan Carlos Villasenor–Vasquez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Villasenor–Vasquez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.